■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v LEROY PEOPLES, Defendant. [842 NYS2d 737]—Application by the defendant for a writ of error coram nobis, in effect, to vacate a judgment of the Supreme Court, Queens County, rendered January 27, 2005, so that he may be resentenced nunc pro tunc and file a notice of appeal, on the ground that his attorney failed to file a notice of appeal.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]; *People v Bachert,* 69 NY2d 593 [1987]; *People v Montgomery,* 24 NY2d 130 [1969]). Prudenti, P.J., Miller, Spolzino and Lifson, JJ., concur.